

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00624-CV

Olivia Briones **RIOJAS**,
Appellant

v.

Elvira V. **CHAVEZ**, Independent Administrator of the Estate of Ruben G. Briones, Deceased,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC3074
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: December 5, 2018

DISMISSED FOR WANT OF PROSECUTION

In this appeal of an eviction judgment, Appellant's brief was due on October 26, 2018. *See* TEX. R. APP. P. 38.6(a). On November 6, 2018, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to show cause in writing not later than November 16, 2018, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). We warned Appellant that if she failed to show cause in writing as ordered, we could dismiss this appeal without further notice.

To date, Appellant has filed no response to our November 6, 2018 order.  We dismiss this appeal for want of prosecution.  *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM